IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
    Plaintiff,
        vs.

MATTHEW C REAGLE AND
DIANA L REAGLE

    Defendant

No. 02-161E
Misc. 03-63E

## WRIT OF EXECUTION- REISSUE AND AMEND

United States of America    )
                                       )    ss:
Western District of Pennsylvania    )

To the United States Marshal
Western District of Pennsylvania:

       To satisfy Judgment, interest and costs in the above matter you are directed to levy upon and sell the following described property:

ALL that certain parcel of land situate in the Fourth Ward of the City of Corry, Erie County, Pennsylvania, bounded and described as follows:

BEGINNING at a set iron pipe in the North line of Airport Road in the south west corner of Parcel Number 2 of Alberstadt Subdivision C-1 according to a survey prepared by Terry Darnofall, Registered Surveyor, dated August 11, 1980; thence westerly along the North line of Airport Road, seventy-five and forty one hundredths (75.40) feet to a set iron pipe in the southeast corner of lands now or formerly of Stigar; thence Northerly along the Easterly line of lands now or formerly of Stigar North zero degrees Twenty minutes East (N 0 degrees 20 minutes E), one hundred ninety-three and seventy one-hundredths (193.70) feet to a set iron pipe in the corner of lands now or formerly of Mitchell; thence Northerly along the southeasterly line of lands now or formerly of Mitchell, ninety-nine and forty-nine one-hundredths (99.49) feet to a set iron pipe in the Northwest corner of Parcel Number 2 aforesaid; thence along the west line of Parcel Number 2 aforesaid, South zero degrees twenty minutes West (S 0 degrees 20 minutes W), two hundred fifty-eight and seventeen one-hundredths feet (258.17) to a set pipe, the place of beginning.

BEING the same property conveyed to Matthew C Reagle and Diana L Reagle by deed recorded in Erie County Records Office and bearing Erie County Assessment Index No. ( 8 )-38-160-18.03.

Issue Writ of Execution in the above matter:

| | |
|---|---|
| Principal | $55,676.27 |
| Interest to 12/31/01 | $ 2,979.35 |
| Interest at the daily rate of $10.30 from 1/1/02 to 9/10/02 the date of Judgment | $ 2,595.60 |
| Interest Credit Subject to Recapture | $ 3,188.52 |
| Administrative Costs | $    150.00 |
| Clerk of Court costs to date | $ |
| United States Marshal's costs to date | $ 2,713.85 |
| Attorney Fees | $ 1,189.50 |
| Total | $68,493.09 |

Plus interest from the date of Judgment at the legal rate and future costs to be added.

Seal of the Court
Date: __JUN 1 6 2005__, 2005

CLERK OF COURT

__R.V. Barth, Jr.__
DEPUTY CLERK

NLA001580V001
6/16/2005