**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF: UNITED STATES OF AMERICA | COURT CASE NUMBER: CA 02-161E  M363E |
| DEFENDANT: MATTHEW C REAGLE AND DIANA L REAGLE | TYPE OF PROCESS: HANDBILL/ATTEND SALE |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
ERIE COUNTY COURTHOUSE 140 W 6th STREET, ERIE, PA   COURTROOM D (214)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

BERNSTEIN LAW FIRM, P.C.
Suite 2200 Gulf Tower
Pittsburgh, PA 15219
(412) 456-8100

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

PLEASE ATTEND MARSHAL'S SALE SCHEDULED FOR AUGUST 9, 2005 AT 10:00. THE OPENING BID IS $30,500.00.

Signature of Attorney other Originator requesting service on behalf of:
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER: 412-456-8100
DATE: 7-30-05

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin: 68
District to Serve: 68
Signature of Authorized USMS Deputy or Clerk
Date: 8/2/05

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below).

Name and title of individual served (if not shown above):

Address (complete only different than shown above):

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 8/9/05    Time: 10:00 [X] am [ ] pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*) |
|---|---|---|---|---|---|
| $15.00 | | | $15.00 | | |

REMARKS: SOLD TO: RONDA Clickett
ADDRESS: 540 Wayne St.
Cory, PA 16407
PHONE: 814-873-9240

10 Erred 85

AMOUNT SOLD TO HIGHEST BIDDER $46,800.00
AMOUNT DEPOSITED AS OF THIS DATE $46,800.00

PRIOR EDITIONS MAY BE USED
PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.

FORM USM-285
Rev. 12/15/80
Automated 01/00

**MARSHAL'S SALE**: BY virtue of a Writ of Execution issued out of the United States Court for the Western District of Pennsylvania and to me directed, I shall expose the following real property to public sale the premises of sale hereinafter described property located at 23 Airport Road, Corry, PA 16407.

ALL that certain parcel of land situate in the 4th Ward of the City of Corry, Erie County, Pennsylvania, bounded and described as follows:

BEGINNING at a set iron pipe in the North line of Airport Road in the south west corner of Parcel Number 2 of Alberstadt Subdivision C-1 according to a survey prepared by Terry Darnofall, Registered Surveyor, dated August 11, 1980; thence westerly along the North line of Airport Road, seventy-five and forty one hundredths (75.40) feet to a set iron pipe in the southeast corner of lands now or formerly of Stigar; thence Northerly along the Easterly line of lands now or formerly of Stigar North zero degrees Twenty minutes East (N 0 degrees 20 minutes E), one hundred ninety-three and seventy one-hundredths (193.70) feet to a set iron pipe in the corner of lands now or formerly of Mitchell; thence Northerly along the southeasterly line of lands now or formerly of Mitchell, ninety-nine and forty-nine one-hundredths (99.49) feet to a set iron pipe in the Northwest corner of Parcel Number 2 aforesaid; thence along the west line of Parcel Number 2 aforesaid, South zero degrees twenty minutes West (S 0 degrees 20 minutes W), two hundred fifty-eight and seventeen one-hundredths feet (258.17) to a set pipe, the place of beginning.

BEING the same property conveyed to Matthew C Reagle and Diana L Reagle by deed recorded in Erie County Records Office and bearing Erie County Assessment Index No. ( 8 )-38-160-18.03.

SAID sale to be held at the **ERIE COUNTY COURTHOUSE, 140 WEST 6TH STREET, ERIE, PA**, 10:00 a.m. prevailing standard time, on **AUGUST 9, 2005.**.

All those certain tracts of land, together with the buildings, and improvements erected thereon described in Erie County Assessment Index No.(8)-38-160-18.03. Recorded in Erie Recorders Office, Pennsylvania. Seized and taken in execution as the property of Matthew C Reagle and Diana L Reagle at the suit of United States of America, acting through the Under Secretary of Rural Development, on behalf of Rural Housing Service, United States Department of Agriculture to be sold on Writ of Execution as Miscellaneous number 03-63E. **TERMS OF SALE**: Successful bidder will pay ten percent (10%) by certified check and the remainder of the bid within thirty (30) days from the date of the sale and in the event bidder cannot pay the remainder, the property will be resold and all monies paid in at the original sale will be applied to any deficiency in the price at which the property is resold. On behalf of the U. S. Marshals Service, we are allowing the highest bidder to secure by official bank check or money order the 10% of the highest bid amount within one hour of the conclusion of the sale. Notice is hereby given that a Schedule of Distribution will be filed by me on the thirtieth day after the date of sale, and that distribution will be made in accordance with the Schedule unless exemptions are filed thereto within ten (10) days thereafter. Purchaser must furnish State Realty Transfer Tax Stamps, and stamps required by the local taxing authority. Marshal's costs, fees and commissions are to be borne by seller. Thomas M. Fitzgerald, United States Marshal. For additional information contact Kris Good at 724-482-4800 ext 123.

NLA001580V001
6/15/2005

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CA 02-161E  M 363E |
| **DEFENDANT** MATTHEW C REAGLE AND DIANA L REAGLE | **TYPE OF PROCESS** HANDBILL/ATTEND SALE |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
ERIE COUNTY COURTHOUSE 140 W 6th STREET, ERIE, PA   COURTROOM D (214)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

BERNSTEIN LAW FIRM, P.C.
Suite 2200 Gulf Tower
Pittsburgh, PA 15219
(412) 456-8100

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

PLEASE ATTEND MARSHAL"S SALE SCHEDULED FOR AUGUST 9, 2005 AT 10:00. THE OPENING BID IS $30,500.00.

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 412-456-8100
DATE: 7-30-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | No. 68 | No. 68 | [signature] | 8/8/05 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):

Address (complete only different than shown above):

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 8/9/05   Time: 10:30 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund) |
|---|---|---|---|---|---|
| $15.00 | 0 | | 75.00 | | |

REMARKS:
SOLD TO: Ronda Clickett
ADDRESS: 540 Wayne St.
Corry, PA 16407
PHONE: 814-873-9240
10 END 84

AMOUNT SOLD TO HIGHEST BIDDER $46,800.00
AMOUNT DEPOSITED AS OF THIS DATE $46,800.00

PRIOR EDITIONS MAY BE USED

**PRINT 5 COPIES**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.

FORM USM-285
Rev. 12/15/80
Automated 01/00