IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff

    vs.

MATTHEW C. REAGLE AND
DIANA L. REAGLE

    Defendants

Civil Action No. 02-161E
Misc No.03-63E

## SCHEDULE OF DISTRIBUTION

Real property cried and sold to Ronda Clickett in consideration of the sum of $46,800.00. Total bid to the United States of America, acting through the United States Department of Agriculture, to be applied to the within judgment as above captioned; $45,488.35. Other amounts distributed from proceeds of the sale are set forth in detail in Exhibit "A" which is attached hereto.

Thomas M. Fitzgerald
United States Marshal for the
Western District of Pennsylvania

CAB0008424V001
9/2/2005

Distribution of money received from sale of real estate of Matthew C. Reagle and Diana L. Reagle by Thomas M. Fitzgerald, United States Marshal, August 9, 2005 at Misc. No. 03-63E

Bid: $46,800.00

U.S. Marshal's Costs................................$  879.65
Bernstein Law Firm................................... $ 432.00
(Advertising Costs)

$1,311.65

Balance: $45,488.35