IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff

    vs.                                                        Civil Action No. 02-161E
                                                                 Misc No. 03-63E

MATTHEW C. REAGLE AND
DIANA L. REAGLE

    Defendants

**PRAECIPE TO ENTER SUPPLEMENTAL PROOF OF PUBLICATION**

To the Clerk of Court:

    Please enter the proofs of publication for the above-captioned case.

                                                                   Lori A. Gibson, Esquire

CAB0008424V001
12/7/2005