OATH of PUBLICATION
In
THE ERIE TIMES-NEWS

COMBINATION EDITION

BERNSTEIN BERNSTEIN KRAWEC & W
GULF TOWER
707 GRANT ST STE 2200
PITTSBURGH PA  15219-1945

REFERENCE: L0001789
         0000629113 MARSHALS SALE BY VIR

STATE OF PENNSYLVANIA)
COUNTY OF ERIE       ) SS:

James E. Dible being duly sworn, deposes and says that he is the Publisher of the Times Publishing Company, which publishes: the
Erie Times-News, established October 2, 2000, a daily newspaper of general circulation, successor, by consolidation, of the Morning News, established January 1957, and
the Erie Daily Times, established April 1888, daily newspapers of general circulation, and published at Erie, Erie County, Pennsylvania, and that the notice of which the attached is a copy published, in the regular editions of said newspaper of the dates referred to below.
Affiant further deposes that he is duly authorized by the TIMES PUBLISHING COMPANY, publisher of The Erie Times-News to verify the foregoing statement under oath, and affiant is not interested in the subject matter of the aforesaid notice or advertisement, and that all allegations in the foregoing statement as to time, place and character of publication are true.

PUBLISHED ON: 07/13 07/20 07/27 08/03

TOTAL COST:  947.84                    AD SPACE: 97 LINE
FILED ON:   08/03/05

Sworn to and subscribed before me this
3rd day of August 2005    Affiant: James E. Dible
NOTARY: Kelly J Woodworth

Notarial Seal
Kelly J. Woodworth, Notary Public
City of Erie, Erie County
My Commission Expires Oct. 24, 2005

---

MARSHAL'S SALE: By virtue of a Writ of Execution issued out of the United States Court for the Western District of Pennsylvania and to me directed, I shall expose to public sale at the Erie County Courthouse, Erie PA hereinafter described property located at 23 Airport Road, Corry, PA 16407.
ALL that certain parcel of land situate in the 4th Ward of the City of Corry, Erie County, BEING the same property conveyed to Matthew C. Reagle and Diana L. Reagle by deed recorded in Erie County Records Office at Deed Book 562, Page 229.
SAID sale to be held at the ERIE COUNTY COURTHOUSE, 140 WEST 6TH STREET, ERIE, PA, 10:00 a.m. prevailing standard time, on August, 9, 2005.
All those certain tracts of land, together with the buildings, and improvements erected thereon described in Erie County Assessment Index No.(8)-38-160-18.03. Recorded in Erie Recorders Office, Pennsylvania. Seized and taken in execution as the property of Matthew C. Reagle and Diana L. Reagle at the suit of United States of America, acting through the Under Secretary of Rural Development, on behalf of Rural Housing Service, United States Department of Agriculture to be sold on Writ of Execution as Miscellaneous number 03-63E. TERMS OF SALE: Successful bidder will pay ten percent (10%) by certified check and the remainder of the bid within thirty (30) days from the date of the sale and in the event bidder cannot pay the remainder, the property will be resold and all monies paid in at the original sale will be applied to any deficiency in the price at which the property is resold. On behalf of the U.S. Marshals Service, we are allowing the highest bidder to secure by official bank check or money order the 10% of the highest bid amount, within one hour of the conclusion of the sale. Notice is hereby given that a Schedule of Distribution will be filed by me on the thirtieth day after the date of sale, and that distribution will be made in accordance with the Schedule unless exemptions are filed thereto within ten (10) days thereafter. Purchaser must furnish State Realty Transfer Tax Stamps, and stamps required by the local taxing authority. Marshal's costs, fees and commissions are to be borne by seller. Thomas M. Fitzgerald, United States Marshal. For additional information contact Kris Good at 724-482-4800 ext 123.
(7-629113-NT-13-20-27-3)

F0015780